In the Matter of the Claim of HYMAN STEINMAN, Respondent, against GUILD HALL COATS, INC., and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL

BOARD, Respondent.— Motion to dismiss appeal denied, without costs. It appears that the appellant has requested the minutes which have not yet been furnished by the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.